# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-60296
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 9, 2017

Lyle W. Cayce
Clerk

EFFORT ALEXANDER,

Plaintiff-Appellant

v.

JERRY MCADAMS; GRANDVIEW LAKES HOMEOWNERS ASSOCIATION, INCORPORATED,

Defendants-Appellees

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:16-CV-190

Before REAVLEY, PRADO, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the reasons given by that court. The order of Judge Mills correctly answers all of Plaintiff's claims and no more need be said.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.